FILED
2025 NOV 24 PM 4:37
CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS
BY JB

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

**TANYA TANKOU aka TANYA COOK**, Plaintiff,
v.
**AT&T INC., AT&T MOBILITY LLC, and JOHN DOES 1–50**, Defendants.

**Civil Action No.** ________ 1:25CV01912 DAE
**JURY TRIAL DEMANDED**

# PLAINTIFF'S ORIGINAL COMPLAINT

## I. INTRODUCTION

Plaintiff brings this action to recover for severe and ongoing injuries caused by Defendants' repeated failure to secure her personally identifiable information ("PII").

Plaintiff is the victim of continuous identity theft events beginning in 2019 and continuing through 2025, directly correlated with three separate AT&T data breaches: the 2015 breach, the March 30, 2024 breach, and the July 12, 2024 Snowflake related breach.

Multiple law enforcement agencies have confirmed Plaintiff as a documented victim, including Berkeley Police Department, Stearns County, Santa Cruz County, Santa Clara County, Austin Police Department, and others.

In addition, the **United States Department of Justice, Middle District of Louisiana**, has formally identified Plaintiff as a victim in federal case number **2024R00062** and docket number **24 CR 00076**, where multiple defendants were prosecuted for crimes involving stolen identities. The **United States Department of Justice, Federal Bureau of Prisons**, has also identified Plaintiff as a victim in connection with these federal criminal proceedings.

Plaintiff continues to suffer new fraudulent accounts, including a fraudulent T Mobile account opened in 2025.

Plaintiff suffers severe emotional distress and psychiatric harm, including PTSD, depression, and anxiety, requiring weekly therapy, TMS treatment, and ketamine therapy.

Plaintiff now seeks recovery of damages **in excess of three million dollars**.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. section 1332.

Venue is proper under 28 U.S.C. section 1391(b).

Defendants conduct substantial business in Texas.

# III. PARTIES

Plaintiff resides in Pflugerville, Texas.

Defendant AT&T Inc. is headquartered in Texas.

Defendant AT&T Mobility LLC provides wireless services nationwide.

John Does 1–50 are unknown responsible parties.

# IV. FACTUAL ALLEGATIONS

## A. AT&T Breaches

Plaintiff's PII was exposed in:

• the 2015 AT&T breach
• the March 30, 2024 AT&T data incident
• the July 12, 2024 AT&T Snowflake breach

These breaches coincide with major increases in identity theft against Plaintiff.

## B. Ongoing Identity Theft

Plaintiff's identity has been repeatedly used to open fraudulent accounts, including utility accounts, cellular service accounts, and financial accounts. Unauthorized transactions, fraudulent claims, and impersonation have continued through 2025.

## C. Law Enforcement Recognition

Plaintiff is documented as:

• **Victim Number 25** in Stearns County
• A confirmed victim in a Berkeley Police Department prosecution
• A victim in multiple Austin Police Department fraud reports
• A federal crime victim in **United States v. Brazell, Sizemore, King, and Byerley**, Middle

District of Louisiana
• A victim identified by the **Federal Bureau of Prisons** relating to the same federal criminal case

### D. Emotional Harm

Plaintiff suffers from PTSD, anxiety, and depression, requiring ongoing mental health treatment including TMS therapy, ketamine therapy, and weekly psychotherapy.

### E. Loss of Credit and Life Impact

Plaintiff has been denied home loans and vehicle financing, has experienced returned rent payments, and has suffered major financial instability due to unauthorized drafts and fraudulent activity.

Her creditworthiness has been severely damaged.

## V. CAUSES OF ACTION

Plaintiff asserts claims for:

• negligence
• negligence per se
• gross negligence
• invasion of privacy
• breach of implied contract
• breach of confidence
• failure to implement reasonable security measures
• violations of breach notification statutes
• negligent infliction of emotional distress
• violations of consumer protection laws
• unjust enrichment

## VI. DAMAGES

Plaintiff seeks **in excess of three million dollars**, including:

**Economic damages:** lost wages, increased interest costs, returned payments, fraudulent drafts, credit repair effort costs, loss of housing stability, and ongoing identity theft related expenses.

**Mental anguish:** severe emotional distress, anxiety, depression, PTSD, medical treatment costs, and long term psychological harm.

**Quality of life losses:** damage to financial future, loss of stability, inability to qualify for housing, and significant lifestyle disruptions.

**Punitive damages:** to punish and deter Defendants' repeated failures to safeguard sensitive PII.

## VII. JURY DEMAND

Plaintiff demands a jury trial.

## VIII. PRAYER FOR RELIEF

Plaintiff seeks:

• monetary relief **in excess of three million dollars**
• actual, economic, noneconomic, and punitive damages
• attorney's fees if later represented
• court costs
• pre and post judgment interest
• any additional relief the Court deems proper

Respectfully submitted,

**/s/ Tanya Tankou aka Tanya Cook**
Plaintiff, Pro Se
15109 Donna Jane Loop
Pflugerville, Texas 78660
Email: tanyatankou@yahoo.com
Phone: (310) 678 5343